Wolters Kluwer

## Service of Process Transmittal Summary

**TO:**     Jeremy Close
            Kia America, Inc.
            111 PETERS CANYON RD
            IRVINE, CA 92606-1790

**RE:**     **Process Served in Tennessee**

**FOR:**    Kia America, Inc.  (Domestic State: CA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Ms. Christina Joy // To: Kia America, Inc. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Complaint, Jury Demand, Exhibit(s) |
| **COURT/AGENCY:** | Davidson County Circuit Court, Tennessee, TN<br>Case # 24C598 |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - 2021 Kia Telluride, 5XYP34HC4MG183446 |
| **PROCESS SERVED ON:** | C T Corporation System, Knoxville, TN |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 03/27/2024 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | Tennessee |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days from the date this summons is served upon you |
| **ATTORNEY(S)/SENDER(S):** | Blake Katherine Walsh<br>Kimmel & Silverman, P.C.<br>30 E. Butler Avenue<br>Ambler, PA 19002<br>800-536-6652 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/28/2024, Expected Purge Date: 04/02/2024 |

Image SOP

Email Notification,  Debbie Avalos  davalos@kiausa.com

Email Notification,  Wendy Seeley  wseeley@kiausa.com

Email Notification,  Marisa Sanchez  msanchez@kiausa.com

Email Notification,  Richard Holm  rholm@kiausa.com

Email Notification,  Jeremy Close  jclose@kiausa.com

Email Notification,  John Y Yoon  jyoon@kiausa.com

Email Notification,  Olivia Poss  oposs@kiausa.com

Email Notification,  Monika Kass  mkass@kiausa.com

Email Notification,  Amy Depuy  adepuy@kiausa.com


Email Notification,  Lyndsey Jackson  lyndseyjackson-contracted@kiausa.com

Email Notification,  Jonathan Maddern  jmaddern@kiausa.com

**REGISTERED AGENT CONTACT:**    C T Corporation System
300 Montvue RD
Knoxville, TN 37919
866-401-8252
LargeCorporationTeam@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.


CERTIFIED MAIL®

9589 0710 5270 1400 0639 06


US POSTAGE PITNEY BOWES

ZIP 19002 $ 010.64°
02 4W
0000389292 MAR 18 2024



# KIMMEL & SILVERMAN
### P.C.

**30 East Butler Pike, Ambler, PA 19002**

TO:

Kia America, Inc.
c/o Corporation Service Company
300 Montvue Rd
Knoxville TN 37919

**JOSEPH P. DAY**
CIRCUIT COURT CLERK
DAVIDSON COUNTY
circuitclerk.nashville.gov



**Circuit Court Clerk**
Historic Court House
1 Public Square, Suite 302
P.O. Box 196303
Nashville, TN 37219-6303
615-862-5181

March 13, 2024

Tennessee Division of Consumer Affairs
P. O. Box 20207
Nashville, TN 37202-0207

RE: CHRISTINA JOY
vs.       Docket No. 24C598
KIA AMERICA, INC.

Dear Sir/Madam:

In accordance with T.C.A. §47-18-109, this is your notice that the above styled Consumer Protection Act Complaint has been filed in the Circuit Court of Davidson County, Tennessee. The enclosed Complaint was filed in our office on March 13th, 2024, and has been assigned to the First Circuit Court for disposition.

Sincerely,

Joseph P. Day

Joseph P. Day

JPD/sw

Enclosure

♿ **To request an ADA Accommodation, please contact Trey Collier at (615) 880-3309.**       .

SERVICE ♦ INTEGRITY ♦ EXPERIENCE ♦ INNOVATION

| _Davidson_ County | **STATE OF TENNESSEE**<br>**CIVIL SUMMONS**<br>page 1 of 1 | Case Number<br>_Docket No. 24 C 598_ |
|---|---|---|

_Christina Jory_    vs.    _Kia America, Inc._

_24C598_

Served On:

_March 15, 2024_ _____

You are hereby summoned to defend a civil action filed against you in _____ Court, _____ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: _____     _____
                                                   Clerk / Deputy Clerk

Attorney for Plaintiff: _Blake K. Walsh_
_____

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County
_____

### CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____     _____
                                      Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____
_____

Date:_____     By:_____
                                             Please Print: Officer, Title

_____     _____
    Agency Address                                     Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____     _____
                                   Notary Public / Deputy Clerk (Comm. Expires _____ )

_____     _____
   Signature of Plaintiff                       Plaintiff's Attorney (or Person Authorized to Serve Process)
                                     (Attach return receipt on back)

_ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____._     _Rev. 03/11_

| | |
|---|---|
| Ms. Christina Joy<br>504 Wingfield Ct,<br>Clarksville, TN 37043<br>       Plaintiff | Case No.:<br><br>Judge: |
| vs.<br><br>Kia America, Inc.<br>c/o Corporation Service Company<br>300 Montvue Rd.<br>Knoxville, TN 37919<br>       Defendant | **COMPLAINT AND JURY<br>DEMAND**<br>(Magnuson-Moss Warranty Act &<br>Tennessee Commercial Code; and<br>Tennessee Consumer Protection Act) |

## COMPLAINT

1. Plaintiff, Ms. Christina Joy, is an adult citizen and legal resident of the State of Tennessee, 504 Wingfield Ct, Clarksville, TN 37043.

2. Defendant, Kia America, Inc. is a business corporation qualified and regularly conducting business in Tennessee. It can be served at c/o Corporation Service Company, 300 Montvue Rd. Knoxville, TN 37919.

3. Plaintiff brings this Complaint seeking relief pursuant to the Magnuson-Moss Warranty Act & Tennessee Commercial Code, and Tennessee Consumer Protection Act.

## BACKGROUND

4. On or about May 1, 2021, Plaintiff purchased a new 2021 Kia Telluride manufactured, warranted, and distributed by Defendant, bearing Vehicle Identification Number 5XYP34HC4MG183446. (the "*Vehicle*").

5. The Vehicle was purchased and registered in the State of Tennessee.

6. The Vehicle's purchase price, including registration charges, document fees, sales tax, finance, and bank charges, <u>excluding</u> other collateral charges not specified yet defined by the

Lemon Law, totals more than $55,343.42. A true and correct copy of the contract is attached hereto, made a part hereof, and marked Exhibit "A."

7. Plaintiff purchased the Vehicle for safe and reliable transportation, but it is neither safe nor reliable and is defective.

8. Plaintiff purchased the vehicle relying on a written warranty from Defendant and on advertising representations and warranties of Defendant.

9. Defendant, through its advertising and otherwise, represented that its vehicles were fit for the purpose they were designed, safe and suitable for their intended designed use, and reliably operable for private transportation. Plaintiff purchased the Vehicle in reliance on the belief that Defendant possessed a high degree of manufacturing skill and judgment.

10. Defendant, through its advertising and otherwise, represented that its vehicles were of merchantable quality, fit, and in proper condition for the ordinary use for which such vehicles are designed and used. Plaintiff relied on these representations. However, the Vehicle did not meet these representations, which was unfair, deceptive, and unconscionable to Plaintiff.

11. The Vehicle was purchased with and worked on under Defendant's warranties by Defendant's authorized dealers.

12. In consideration for the purchase of the Vehicle, Defendant issued Plaintiff several warranties, guarantees, affirmations, or undertakings concerning the material or workmanship of the Vehicle and remedial action in the event the Vehicle fails to meet the promised specifications.

13. The above-referenced warranties, guarantees, affirmations, or undertakings were part of the basis of the bargain between Defendant and Plaintiff.

14. The parties' bargain includes an express five-year/60,000-mile warranty and other guarantees, affirmations, and undertakings as stated in Defendant's warranty materials and owner's manual.

15.     The Vehicle's purchase was a consumer transaction where Defendant warranted the Vehicle to be free from malfunctions and defects.

16.     The Manufacturer's warranty is not attached as it is available to Defendant and will be produced later.

17.     After purchasing the Vehicle, Plaintiff discovered it did not conform to the representations of Defendant as it developed continuing malfunctions, defects, and problems, which is unfair, deceptive, and unconscionable to Plaintiff.

18.     As a result of the ineffective repair attempts made by Defendant through its authorized dealers, the Vehicle is rendered severely and substantially impaired, unable to be utilized for its intended purposes, and is substantially diminished in value to Plaintiff.

19.     During the warranty period, Plaintiff complained on at least six (6) occasions about defects and nonconformities involving the heating and air conditioning system. The repair attempts have resulted in over 34 days out of service. True and correct copies of all invoices in Plaintiff's possession are attached hereto, made a part hereof, and marked Exhibit "B."

## COUNT I
## MAGNUSON-MOSS WARRANTY IMPROVEMENT ACT

20.     Plaintiff hereby incorporates all facts and allegations outlined in this Complaint by reference as if fully set forth at length herein.

21.     Plaintiff is a "Consumer" as defined by 15 U.S.C. § 2301(3) .

22.     Defendant is a "supplier," "warrantor," and a "service contractor" as defined by 15 U.S.C. § 2301 (4), (5), and (8).

23.     The subject Vehicle is a "consumer product" as defined by 15 U.S.C. § 2301(1).

24.     By the terms of its written warranties, affirmations, promises, or service contracts, Defendant agreed to perform effective repairs at no charge for parts and labor.

25.     The Magnuson-Moss Warranty Improvement Act requires Defendant to be bound by all warranties implied by state law, including but not limited to implied warranties of merchantability and fitness for a particular purpose, implied warranties in the tort of merchantability and fitness for a particular purpose, and implied warranties for fitness for the ordinary purpose for which it was intended and for the particular purpose for which it is used by Plaintiff per 15 U.S.C. §§ 2301(7) and 2308. Said warranties are imposed on all transactions in the state where the Vehicle was delivered.

26.     Defendant has attempted to comply with the terms of its express warranties; however, such repair attempts have been ineffective.

27.     The Magnuson-Moss Warranty Improvement Act, 15 U.S.C. § 2310(d)(2) provides:

> If a consumer finally prevails in any action brought under paragraph (1) of this subsection, he may be allowed by the court to recover as part of the judgment a sum equal to the aggregate amount of cost and expenses (including attorneys' fees based on actual time expended) determined by the court to have been reasonably incurred by the Plaintiff for or in connection with the commencement and prosecution of such action, unless the court in its discretion shall determine that such an award of attorneys' fees would be inappropriate.

28.     Plaintiff has afforded Defendant a reasonable number of opportunities to conform the Vehicle to the aforementioned express warranties, implied warranties, and contracts.

29.     As a direct and proximate result of Defendant's breach and failure to comply with the express written and implied warranties, Plaintiff has suffered and incurred damages and, in accordance with 15 U.S.C. § 2310(d)(1) and state law, Plaintiff is entitled to bring suit for such damages and other legal and equitable relief and hereby do so through this Complaint.

30.     Defendant's failure is a breach of Defendant's contractual and statutory obligations constituting a violation of the Magnuson-Moss Warranty Improvement Act, including but not limited to breach of express warranties, breach of implied warranties, breach of implied warranty of merchantability, breach of implied warranty of fitness for a particular purpose.

31.    Defendant breached its express and implied warranties without legal excuse, which was unfair, deceptive, and unconscionable to Plaintiff.

32.    Plaintiff's damages include, but are not limited to, the Vehicle's purchase price plus all collateral charges, including attorney fees and costs, as well as other expenses, the full extent of which are not yet known.

33.    At the time of obtaining possession of the Vehicle and at all times subsequent thereto, Plaintiff has justifiably relied upon Defendant's express warranties and implied warranties of fitness for a particular purpose and implied warranties of merchantability.

34.    At the time of obtaining possession of the Vehicle and at all times subsequent thereto, Defendant was aware Plaintiff was relying upon Defendant's express and implied warranties, obligations, and representations with regard to the subject Vehicle.

35.    Plaintiff avers that Defendant's warranty did not require Plaintiff to first resort to a Dispute Resolution Program before filing suit.

36.    Plaintiff avers that upon successfully prevailing upon the Magnuson-Moss claim herein, all attorney fees are recoverable and are demanded against Defendant.

WHEREFORE, Plaintiff respectfully demands judgment against Defendant for statutory and other damages, remedies, and relief as deemed proper and lawful by the Court, or rescission and damages under the Magnuson Moss Warranty Improvement Act and the Tennessee Uniform Commercial Code to include attorneys' fees and court costs, or an amount equal to the price of the subject Vehicle, plus all collateral charges, incidental and consequential damages, reasonable attorneys' fees, and all court costs.

## COUNT II
## TENNESSEE CONSUMER PROTECTION ACT

37.    Plaintiff hereby incorporates all facts and allegations outlined in this Complaint by reference as if fully set forth at length herein.

38.     In connection with the transaction, Defendant knowingly committed unfair, deceptive, and unconscionable acts and practices violating Tenn. Code Ann. §47-18-104.

39.     Said acts and practices include, but are not limited to, the following:

40.     The sale and servicing of the Vehicle was a "Consumer transaction" as defined by § 1345.01(A).

   a. Defendant's representation that the Vehicle contained valid warranties guaranteeing effective repairs within a reasonable time and within the warranty period was untrue.
   b. Defendant failed to provide Plaintiff with repair orders at the time of service in violation of Tenn. Code Ann. §55-24-209.
   c. Defendant, who had a legal obligation to Plaintiff under the written warranties, breached and attempted to avoid their duty to Plaintiff.
   d. Defendant exhibited a pattern of inefficiency, stalling, and incompetence concerning its repair work.
   e. Defendant violated the Tennessee Lemon Law, which constitutes an unfair or deceptive act or practice.

   WHEREFORE, Plaintiff respectfully demands judgment against Defendant in an amount equal to three times Plaintiff's actual damages, plus all collateral charges, incidental and consequential damages, reasonable attorneys' fees, and all court costs.


                                        Respectfully submitted,


Date: February 5, 2024


                              By:_____
                                        Blake Katherine Walsh
                                        B.P.R. # 038584
                                        Kimmel & Silverman, P.C.
                                        30 E. Butler Avenue
                                        Ambler, PA 19002
                                        1-800-536-6652 Ex: 112
                                        Bwalsh@lemonlaw.com

## JURY DEMAND

Plaintiff demands a trial by jury on all claims and issues.

\

Respectfully submitted,

KIMMEL & SILVERMAN, P.C.

By:_____
Blake Katherine Walsh
B.P.R. # 038584
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
1-800-536-6652 Ex: 112
Bwalsh@lemonlaw.com

7



PLAINTIFF'S
EXHIBIT

**_LAW_ 553-TN-ARB-eps-14 10/19**

**RETAIL INSTALLMENT SALE CONTRACT - SIMPLE FINANCE CHARGE**
**(WITH ARBITRATION PROVISION)**

0057202

DEAL# 4293
CUST: 4720

| Buyer Name and Address (including County and Zip Code) | Co-Buyer Name and Address (including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| CHRISTINA JOY 291 BAINBRIDGE DR APT A CLARKSVILLE TN 37043 MONTGOMERY | | GREENWAY KIA HICKORY HOLLOW 4400 TARGET DRIVE ANTIOCH, TN 37013-3970 615-731-9099 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| NEW | 2021 | KIA TELLURIDE | 5XYP34HC4MG163448 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ N/A |

### TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $5000.00 |
|---|---|---|---|---|
| 10.19 % | $ 18527.06 | $ 63692.42 | $ 71970.48 | $ 76970.48 |

Your Payment Schedule Will Be:                                    (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 999.59 | Monthly beginning 05/31/2021 |
| N/A | N/A | N/A |
| | N/A | |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of $ 1.00 or 5 % of the part of the payment that is late, whichever is greater.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See the contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4D of the Itemization of Amount Financed on page 2. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term 72 Mo.                                    AWS
I want to buy a gap contract.                    Name of Gap Contract
Buyer Signs X _____

**Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provision in the contract of sale.

**Spanish Translation:** Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**WARRANTIES SELLER DISCLAIMS**
Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

**Returned Check Charge:** You agree to pay a charge of $ 30.00 if any check you give us is dishonored or any electronic payment is returned unpaid.

**APPLICABLE LAW**
Federal law and the law of the state of Tennessee apply to this contract.

### NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 4 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _____                    Co-Buyer Signs X _____ N/A _____

79687*1*610-R

Buyer Initials _____  Co-Buyer Initials ___ N/A ___

**ITEMIZATION OF AMOUNT FINANCED**

1 Cash Price (including $_____4089.42___ sales tax) .................................. $ _____55198.42__ (1)

2 Total Downpayment =

   Trade-in _____ N/A _____
                 (Year)       (Make)       (Model)

   Gross Trade-In Allowance ....................................... $ _____N/A__
   Less Pay Off Made By Seller to ___N/A_____ $ _____N/A__
   Equals Net Trade In ............................................. $ _____5000.00__
   + Cash ............................................................ $ _____N/A__
   + Other __N/A_____ $ _____N/A__
   + Other __N/A_____ $ _____N/A__
   + Other __N/A_____ $ _____N/A__
   (If total downpayment is negative, enter "0" and see 4I below) ... $ _____5000.00__ (2)

3 Unpaid Balance of Cash Price (1 minus 2) ........................... $ _____50198.42__ (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):

   A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
     Life ............................................... $ _____N/A__
     Disability ......................................... $ _____N/A__ $ _____N/A__
   B Vendor's Single Interest Insurance Paid to Insurance Company ..... $ _____N/A__
   C Other Optional Insurance Paid to Insurance Company or Companies ... $ _____N/A__
   D Optional Gap Contract ............................................ $ _____700.00__
   E Official Fees Paid to Government Agencies ......................... $ _____0.00__
   F Government Taxes Not Included in Cash Price ....................... $ _____N/A__
   G Government License and/or Registration Fees

     __Reg/Title_____ $ _____150.00__
   H Government Certificate of Title Fees .............................. $ _____N/A__
   I Other Charges (Seller must identify who is paid and describe purpose)

| | | |
|---|---|---|
| to N/A | for Prior Credit or Lease Balance | $ _____0.00__ |
| to AWS | for AWS WARRANTY | $ _____2850.00__ |
| to N/A | for N/A | $ _____N/A__ |
| to N/A | for N/A | $ _____N/A__ |
| to N/A | for N/A | $ _____N/A__ |
| to N/A | for N/A | $ _____N/A__ |
| to N/A | for N/A | $ _____N/A__ |
| to N/A | for N/A | $ _____N/A__ |
| to N/A | for N/A | $ _____N/A__ |
| to N/A | for N/A | $ _____N/A__ |
| to N/A | for N/A | $ _____N/A__ |
| to N/A | for N/A | $ _____N/A__ |

   Total Other Charges and Amounts Paid to Others on Your Behalf .... $ _____3500.00__ (4)

5 Amount Financed (3 + 4) ............................................ $ _____53698.42__ (5)

OPTION: ☐ You pay no finance charge if the Amount Financed, Item 5, is paid in full on or before
_____N/A_____ , Year __N/A__ . SELLER'S INITIALS ____N/A____

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance):** If the preceding box is checked, the Creditor requires VSI Insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI Insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI Insurance is obtained. If you elect to purchase VSI Insurance through the Creditor, the cost of this insurance is $_____N/A__ and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

---

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose subject to our approval of your choice as free below. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. Your choice of insurance providers will not affect the credit terms or our decision to sell or provide credit to you. You are not required to buy any other insurance to obtain credit unless the box for Indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:

**Optional Credit Insurance**

☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both

Premium:
  Credit Life $ _____N/A__
  Credit Disability $ _____N/A__

Insurance Company Name _____N/A_____

Home Office Address _N/A_____

N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**

☐ _____N/A_____  N/A
     Type of Insurance       Term

Premium $ _____N/A__

Insurance Company Name _____N/A_____

Home Office Address _____N/A_____
                  N/A

☐ _____N/A_____  N/A
     Type of Insurance       Term

Premium $ _____N/A__

Insurance Company Name _____N/A_____

Home Office Address _____N/A_____
                  N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost. I want the insurance checked above.

X __N/A_____  N/A
  Buyer Signature                Date
X __N/A_____  N/A
  Buyer Signature                Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.**

X __N/A_____
  Buyer Signature
X __N/A_____
  Co-Buyer Signature

Case 3:24-cv-00512   Document 1-1   Filed 04/25/24   Page 14 of 32 PageID #: 17

## OTHER IMPORTANT AGREEMENTS

**1. FINANCE CHARGE AND PAYMENTS**

**a. How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

**b. How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

**c. How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

**d. You may prepay.** You may prepay all or part of the unpaid part of the Finance Charge at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**2. YOUR OTHER PROMISES TO US**

**a. If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

**b. Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**c. Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d. Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as an additional insured and as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract.
If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e. What happens to returned insurance, maintenance, service or other contract charges.** If we get a refund of insurance, maintenance, service or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

**a.** You may owe late charges. You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

**b.** You may have to pay all you owe at once. If you break your promises (default), we may demand that you pay all you owe on this contract at once.
Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information during credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

**c.** You may have to pay collection costs. If we hire an attorney to collect what you owe, you will pay the attorney's fee and court costs as the law allows. You will also pay any collection costs we incur as the law allows.

**d.** We may take the vehicle from you. If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we will store them for you. If you do not ask for these items back within 14 days from the day we take your vehicle, we may dispose of them as the law allows.

**e.** How you can get the vehicle back if we take it. If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

**f.** We will sell the vehicle if you do not get it back. If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle. We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

**g.** What we may do about optional insurance, maintenance, service, or other contracts. This contract may contain charges for optional insurance, maintenance, service or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4. SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

## ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.**

2. **IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**

3. **DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website. Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

---

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

---

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs **X** _____ Co-Buyer Signs **X** _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See the rest of this contract for other important agreements.

---

**NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.**

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision above, before signing below. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs **X** _____ Date **05/01/2021** Co-Buyer Signs **X** N/A Date N/A
Buyer Printed Name **CHRISTINA JOY** Co-Buyer Printed Name N/A
If the "business" use box is checked in "Primary Use for Which Purchased: Print Name N/A Title N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here **X** N/A Address N/A
Seller signs **GREENWAY KIA HICKORY HOLLOW** Date **05/01/2021** By **X** Title FI MANAGER

Seller assigns its interest in this contract to **CAPITAL ONE AUTO FINANCE** (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse ☒ Assigned without recourse ☐ Assigned with limited recourse

Seller **GREENWAY KIA HICKORY HOLLOW**
By **X** Title FI MANAGER

**LAW** FORM NO. 553-TN-ARB-eps-14 (REV. 10/19)
©2018 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

76667*1*510-FI

05/01/2021 08:38 pm
*LAW 553-ARB-eps-14 10/19 v2* Page 4 of 4

PLAINTIFF'S
EXHIBIT
B

  

**CUSTOMER #: 332931**  **871088**

*INVOICE*

CHRISTINA JOY
504 WINGFIELD CT
CLARKSVILLE, TN 37043
HOME:602-320-9224 CONT:602-320-9224
BUS:                   CELL:931-998-1242

2283 Trenton Road
2285 Trenton Road · Clarksville, TN 37040
(931) 552-1111
www.wyattjohnson.com
PAGE 1
SERVICE ADVISOR: 9254 MATTHEW J SAGASTIZAD

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
|  | 21 | KIA TELLURIDE | 5XYP34HC4MG183446 |  | 30351/30357 | T8029 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG21 DD |  |  | 18:00 31MAR23 |  | 0.00 | CC | 07APR23 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 09:30 31MAR23 | 10:56 07APR23 |  |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A HEAT ONLY BLOWS HOT WHILE ACCELERATING, WHILE IDLING WILL ONLY BE
SLIGHTLY WARM, FEELS LIKE THE COOLANT IS BEING RESTRICTED FROM
GOING INTO HEATER CORE. HAPPENS MORE WHEN AMBIENT TEMP IS BELOW
30 DEGREES. PLEASE CHECK AND ADVISE
   24 HEATER/AIR COND
         9060      W                                          (N/C)
PARTS:   0.00   LABOR:   0.00   OTHER:   0.00   TOTAL LINE A:   0.00

customer keeps picking up vehicle with open techline case. Techline
requests to perform backflush on heater core.
Per techline 9060 removed air intake tubing, removed heater core
hoses and performed backflush of heater core. Installed all parts in
reverse order. per kgis to air bleed system let vehicle get to
operating temperature, wait for cooling fan to engage 3-5 times,
accelerate vehicle to help release any air pockets. install radiator
cap, fill resivor, wait for fans another 2-3 times. Stop engine and
repeat process till system is no burping anymore. Vehicle is still in
process of burping. Vehicle stopped taking in coolant from resivor,
test drove vehicle vehicle is still performing with vents cooling at
idle. Per techline checked a/c is functioning normally, inserted temp
gauge into center vent fan speed at 80 percent. Let vehicle reach
temperature of 205 degrees f, road tested for 4 minutes vent temp 138
degrees, stopped and let idle for 5 minutes, temp dropped to 118
degrees. Per techline it did not drop under 100 degrees, deemed as a
normal condition. Can release vehicle to customer no further repairs
needed.
         **************************************************
B KIA MULTI-POINT VEHICLE INSPECTION
   MPI DEFAULT
         9060      IM                                          (N/C)
PARTS:   0.00   LABOR:   0.00   OTHER:   0.00   TOTAL LINE B:   0.00
performed mpi
         **************************************************

**SERVICE DEPARTMENT HOURS**

7:00 a.m. - 7:00 p.m. Mon. - Fri.

7:00 a.m. - 3:00 p.m. SAT.

**THANK
YOU**



| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT |  |
| PARTS AMOUNT |  |
| GAS, OIL, LUBE |  |
| SUBLET AMOUNT |  |
| MISC. CHARGES |  |
| TOTAL CHARGES |  |
| LESS INSURANCE |  |
| SALES TAX |  |
| PLEASE PAY THIS AMOUNT |  |

customer signature

STATEMENT OF DISCLAIMER: The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.
Copyright 2014 CDK Global, LLC   Universal Invoice TYPE 1 (SV-SAL)

CUSTOMER COPY

CUSTOMER #: 332931                    871088       KIA    

                                          *INVOICE*

CHRISTINA JOY                                              2283 Trenton Road
504 WINGFIELD CT                                 2285 Trenton Road · Clarksville, TN 37040
CLARKSVILLE, TN 37043                    PAGE 2              (931) 552-1111
HOME:602-320-9224 CONT:602-320-9224                      www.wyattjohnson.com
BUS:            CELL:931-998-1242       SERVICE ADVISOR: 9254 MATTHEW J SAGASTIZAD

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| | 21 | KIA TELLURIDE | | 5XYP34HC4MG183446 | | 30351/30357 | T8029 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG21 DD | | | 18:00 31MAR23 | | 0.00 | CC | 07APR23 |

| R.O. OPENED | | READY | OPTIONS: | | | | |
|---|---|---|---|---|---|---|---|
| 09:30 31MAR23 | 10:56 07APR23 | | | | | | |

| LINE OPCODE TECH TYPE HOURS | | | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|

#8029 CREATED 2023-03-30          THANK YOU FOR CHOOSING WYATT JOHNSON KIA FOR
08:56:00AM TAKEN BY MA TTHEW      YOUR VEHICLE SERVICE NEEDS. IF YOU RECEIVE
SAGASTIZADO                       ONE OF OUR MANUFACTURER SURVEYS, PLEASE GIVE
                                  US A FEW MOMENTS OF YOUR TIME BY FILLING IT
                                  OUT COMPLETELY.
                                         931-552-1111
                                  FOR YOUR NEXT APPT. GO TO WYATTJOHNSONKIA.COM

---

### SERVICE DEPARTMENT HOURS

7:00 a.m. - 7:00 p.m. Mon. - Fri.

7:00 a.m. - 3:00 p.m. SAT.

**THANK YOU**



| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

customer signature

STATEMENT OF DISCLAIMER: The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.
Copyright 2014 ADP, Inc. Rev. 9-1-2015 (877-413-2) 2-01

CUSTOMER COPY

CUSTOMER #: 332931

870688   

INVOICE

CHRISTINA JOY
504 WINGFIELD CT
CLARKSVILLE, TN 37043
HOME:602-320-9224 CONT:602-320-9224
BUS:                CELL:931-998-1242

PAGE 1

2283 Trenton Road
2285 Trenton Road · Clarksville, TN 37040
(931) 552-1111
www.wyattjohnson.com
SERVICE ADVISOR: 6976 TABITHA LEWIS

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| | 21 | KIA TELLURIDE | 5XYP34HC4MG183446 | | 30228/30228 | T8436 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG21 DD | | | 18:00 20MAR23 | | 0.00 | CC | 06APR23 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 09:34 20MAR23 | 11:35 06APR23 | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A HEAT ONLY BLOWS HOT WHILE ACCELERATING, WHILE IDLING WILL ONLY BE
    SLIGHTLY WARM, FEELS LIKE THE COOLANT IS BEING RESTRICTED FROM
    GOING INTO HEATER CORE. HAPPENS MORE WHEN AMBIENT TEMP IS BELOW
    30 DEGREES. PLEASE CHECK AND ADVISE
    24 HEATER/AIR COND
        9060      I                                                    (N/C)
PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE A:    0.00

Found no dtcs, per last techline case was informed to burp coolant
system, found coolant overflow at low mark. topped off coolant
overflow. Removed radiator cap, inserted burping funnel for coolant.
Ran coolant refilling procedure. watched air bubbles come out after
vehicle starting climbing in temperature. Vehicle burped air bubbles
for 3 minutes. Minor bubbles. Let vehicle reach 203 degrees F. Will let
vehicle cold soak over night, see if any more air bubbles surface
overnight with coolant funnel attached. and perform procedure again to
verify all air bubbles are out of system. then will have to test on a
colder ambient temperature day.
performed coolant fill mode again, found minor bubbles, turned on
front and rear heater on full blast and let air pockets out till no
more bubbles appeared. Saw no evidence of any leaks.
RACase # 15373280
              ********************************************************
B KIA MULTI-POINT VEHICLE INSPECTION
    MPI DEFAULT
        9060      IM                                                   (N/C)
PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE B:    0.00
performed mpi
              ********************************************************



**SERVICE DEPARTMENT HOURS**

7:00 a.m. - 7:00 p.m. Mon. - Fri.

7:00 a.m. - 3:00 p.m. SAT.

**THANK
YOU**

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

customer signature

STATEMENT OF DISCLAIMER: The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.
Copyright 2014 CDK Global, LLC

CUSTOMER COPY

CUSTOMER #: 332931

870688   

INVOICE

CHRISTINA JOY
504 WINGFIELD CT
CLARKSVILLE, TN 37043
HOME:602-320-9224 CONT:602-320-9224
BUS:               CELL:931-998-1242

2283 Trenton Road
2285 Trenton Road · Clarksville, TN 37040
(931) 552-1111
www.wyattjohnson.com

PAGE 2

SERVICE ADVISOR: 6976 TABITHA LEWIS

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|---|
| | 21 | KIA TELLURIDE | | 5XYP34HC4MG183446 | | 30228/30228 | T8436 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG21 DD | | | 18:00 20MAR23 | | 0.00 | CC | 06APR23 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 09:34 20MAR23 | 11:35 06APR23 | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|
| #8436 CREATED 2023-03-13 | | | | | THANK YOU FOR CHOOSING WYATT JOHNSON KIA FOR | | | |
| 10:29:52AM TAKEN BY | | | | | YOUR VEHICLE SERVICE NEEDS. IF YOU RECEIVE | | | |

THANK YOU FOR CHOOSING WYATT JOHNSON KIA FOR
YOUR VEHICLE SERVICE NEEDS. IF YOU RECEIVE
ONE OF OUR MANUFACTURER SURVEYS,PLEASE GIVE
US A FEW MOMENTS OF YOUR TIME BY FILLING IT
OUT COMPLETELY.

931-552-1111
FOR YOUR NEXT APPT. GO TO WYATTJOHNSONKIA.COM

**SERVICE DEPARTMENT HOURS**

7:00 a.m. - 7:00 p.m. Mon. - Fri.

7:00 a.m. - 3:00 p.m. SAT.

**THANK
YOU**



| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

customer signature

STATEMENT OF DISCLAIMER: The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.
Copyright 2016

CUSTOMER COPY

CUSTOMER #: 332931                    870275         KIA     WYATT JOHNSON 

                                      INVOICE

CHRISTINA JOY                                              2283 Trenton Road
504 WINGFIELD CT                                    2285 Trenton Road · Clarksville, TN 37040
CLARKSVILLE, TN 37043                  PAGE 1            (931) 552-1111
HOME:602-320-9224 CONT:602-320-9224                     www.wyattjohnson.com
BUS:              CELL:931-998-1242    SERVICE ADVISOR: 7536  PHILIP MCDONALD

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
|       | 21 | KIA TELLURIDE | 5XYP34HC4MG183446 | | 29611/29611 | T8730 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 28AUG21 DD | | | 18:00 07MAR23 | | 0.00 | CC | 14MAR23 |

| R.O. OPENED | READY | OPTIONS: |
|-------------|-------|----------|
| 07:55 07MAR23 | 08:30 14MAR23 | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A C/S: HEAT ONLY BLOWS HOT WHILE ACCELERATING, WHILE IDLING WILL ONLY
        BE SLIGHTLY WARM, FEELS LIKE THE COOLANT IS BEING RESTRICTED
        FROM GOING INTO HEATER CORE. HAPPENS MORE WHEN AMBIENT TEMP IS
        BELOW 30 DEGREES.
    ACDIAG DEFAULT
            7218    I                                          (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE A:    0.00
          *************************************************

B KIA MULTI-POINT VEHICLE INSPECTION
    MPI DEFAULT
            7218    IM                                         (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE B:    0.00
          *************************************************

#8730 CREATED 2023-02-17      THANK YOU FOR CHOOSING WYATT JOHNSON KIA FOR
09:25:13AM TAKEN BY THE       YOUR VEHICLE SERVICE NEEDS. IF YOU RECEIVE
VEHICLE STILL DOES NOT BLOW   ONE OF OUR MANUFACTURER SURVEYS,PLEASE GIVE
WARM AIR WHEN S TOPPED. WE    US A FEW MOMENTS OF YOUR TIME BY FILLING IT
HAVE CONFIRMED THE AUTO STOP  OUT COMPLETELY.
FEATURE IS TURNED OFF AND THE 931-552-1111
ISSUE STILL PERSISTS.         FOR YOUR NEXT APPT. GO TO WYATTJOHNSONKIA.COM



| **SERVICE DEPARTMENT HOURS** | DESCRIPTION | TOTALS |
|---|---|---|
| 7:00 a.m. - 7:00 p.m. Mon. - Fri. | LABOR AMOUNT | 0.00 |
| | PARTS AMOUNT | 0.00 |
| 7:00 a.m. - 3:00 p.m. SAT. | GAS, OIL, LUBE | 0.00 |
| | SUBLET AMOUNT | 0.00 |
| **THANK** | MISC. CHARGES | 0.00 |
| **YOU** | TOTAL CHARGES | 0.00 |
| | LESS INSURANCE | 0.00 |
| | SALES TAX | 0.00 |
| customer signature | PLEASE PAY THIS AMOUNT | 0.00 |

STATEMENT OF DISCLAIMER: The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorize any other person to assume for it any liability in connection with the sale of this item/items.
Copyright 2014 COX AUTOMOTIVE SERVICE SOFTWARE (DMS) S.P.A./V3.0

CUSTOMER COPY

CUSTOMER #: 332931        **869274**   

**\*INVOICE\***

CHRISTINA JOY
504 WINGFIELD CT
CLARKSVILLE, TN 37043      **PAGE 1**
HOME:602-320-9224 CONT:602-320-9224
BUS:        CELL:931-998-1242    SERVICE ADVISOR: 7536 PHILIP MCDONALD

2283 Trenton Road
2285 Trenton Road · Clarksville, TN 37040
(931) 552-1111
www.wyattjohnson.com

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| | 21 | KIA TELLURIDE | 5XYP34HC4MG183446 | | 28204/28204 | T3688 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO.: | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG21 DD | | | 18:00 06FEB23 | | 0.00 | CC | 07FEB23 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 08:45 06FEB23 | 13:29 07FEB23 | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A C/S: HEAT DOES NOT WORK PROPERLY WITH THE REMOTE START AND ALSO SHUTS
     OFF WHEN DRIVING AND STOPS AT RED LIGHT, WILL BLOW COLD AIR.
     PLEASE CHECK AND ADVISE.
   04 COULD NOT DUPLICATE CUSTOMER CONCERN AT THIS
      TIME, MULTIPLE STARTS AND DRIVES YEILDED NO
      RESULTS.
       8134   I                                (N/C)
PARTS:    0.00   LABOR:     0.00   OTHER:     0.00    TOTAL LINE A:    0.00
Remote Started Vehicle and let Warm to Operating Temperature With
Heat Turned all the way up. Found Heat to Work as Designed With Remote
Start. Test Drove Vehicle 4 Miles, Starting Mileage:28204, Ending
Mileage: 28208. During Test Drive had Heat on High and on Full fan.
Found When Sitting at a Stop and Auto Start/Stop Engages the
Temperature of the Heat Drops to a Warm Temperature. Tested Whether
Temperature With Auto Start/Stop off at Another Stop. Found the
Temperature to Stay Steady and Works as Designed. Most Likely Cause is
for Remote Start Issue is not Allowing Vehicle to Warm for Long Enough,
and not Having Temperature Turned up. Can not Duplicate Remote Start
Heat Concern. Most Likely Cause for Loss of Temperature While at a Stop
is Auto Start/Stop Shutting the Engine off Which Will Cause Temperature
to Drop. Recommend While Using Heat and Driving to Turn off Auto
Start/Stop. Can not Duplicate Heat Shut off at Stops at This Time.
             \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

B KIA MULTI-POINT VEHICLE INSPECTION
   MPI DEFAULT
      8134   IM                                 (N/C)
PARTS:    0.00   LABOR:     0.00   OTHER:     0.00    TOTAL LINE B:    0.00
Performed Kia Multi Point Inspection.
             \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

**SERVICE DEPARTMENT HOURS**

7:00 a.m. - 7:00 p.m. Mon. - Fri.

7:00 a.m. - 3:00 p.m. SAT.

**THANK
YOU**



| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

customer signature

STATEMENT OF DISCLAIMER: The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.
Copyright 2014 CDK Global, LLC · SERVICE INVOICE TYPE 1 (ECI Version)

**CUSTOMER COPY**

CUSTOMER #: 332931                    869274      

*INVOICE*

CHRISTINA JOY
504 WINGFIELD CT                                         2283 Trenton Road
CLARKSVILLE, TN 37043                      PAGE 2        2285 Trenton Road · Clarksville, TN 37040
HOME:602-320-9224 CONT:602-320-9224                     (931) 552-1111
BUS:            CELL:931-998-1242                        www.wyattjohnson.com
                                           SERVICE ADVISOR: 7536 PHILIP MCDONALD

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| | 21 | KIA TELLURIDE | 5XYP34HC4MG183446 | | 28204/28204 | T3688 |

| DEL. DATE | PROD. DATE | WARR. EXP: | PROMISED | PO.NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG21 DD | | | 18:00 06FEB23 | | 0.00 | CC | 07FEB23 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 08:45 06FEB23 | 13:29 07FEB23 | |

| LINE OPCODE TECH TYPE HOURS | | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|

#3688 SHUTTLE CREATED
2023-02-03 11:28:00AM TAK EN
BY MASON NICHOLS

THANK YOU FOR CHOOSING WYATT JOHNSON KIA FOR
YOUR VEHICLE SERVICE NEEDS. IF YOU RECEIVE
ONE OF OUR MANUFACTURER SURVEYS, PLEASE GIVE
US A FEW MOMENTS OF YOUR TIME BY FILLING IT
OUT COMPLETELY.
931-552-1111
FOR YOUR NEXT APPT. GO TO WYATTJOHNSONKIA.COM

---

**SERVICE DEPARTMENT HOURS**

7:00 a.m. - 7:00 p.m. Mon. - Fri.

7:00 a.m. - 3:00 p.m. SAT.

**THANK
YOU**



| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

customer signature

STATEMENT OF DISCLAIMER: The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.
Copyright 2014

CUSTOMER COPY





**WYATT JOHNSON**

*INVOICE*

CHRISTINA JOY
504 WINGFIELD CT
CLARKSVILLE, TN 37043
HOME:602-320-9224  CONT:602-320-9224
BUS:  CELL:931-998-1242

2283 Trenton Road
2285 Trenton Road · Clarksville, TN 37040
(931) 552-1111
www.wyattjohnson.com

PAGE 1

SERVICE ADVISOR: 9254 MATTHEW J SAGASTIZAD

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 21 | KIA TELLURIDE | 5XYP34HC4MG183446 |  | 27772/27772 | T3839 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO.NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG21 DD |  |  | WAIT 24JAN23 |  | 0.00 | CC | 24JAN23 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 09:12 24JAN23 | 10:48 24JAN23 |  |

LINE OPCODE TECH TYPE HOURS      LIST    NET    TOTAL

A C/S: SC243B -SC243B FCA/SCC SW UPDATE (21MY)
    50 DEFAULT
       9126    W                              (N/C)
PARTS:   0.00   LABOR:    0.00   OTHER:    0.00    TOTAL LINE A:     0.00
performed C/S: SC243B -SC243B FCA/SCC SW UPDATE (21MY) using the
kds tablet and kgis. the software version the car came in with was
99110S9100_1.02. After I updated the vehicles sw version it is now
99110S9100_1.03
      **********************************************

B C/S: SC247B -SC247B TOW HITCH HARNESS (POTENTIAL DIO)
    X DEFAULT
       9126    W                              (N/C)
PARTS:   0.00   LABOR:    0.00   OTHER:    0.00    TOTAL LINE B:     0.00
performed inspection for C/S: SC247B -SC247B TOW HITCH HARNESS
(POTENTIAL DIO) with using kgis found that this vehicle is equipped
with a 7 pin wiring harness recall is for a 4 pin harness no further
action is needed at this time Claim as: A5211RR2
      **********************************************

C FULL SYNTHETIC OIL CHANGE
    SYNTHETIC DEFAULT
       9126    C                          42.17    42.17
     1 26320-3CKB0 SERVICE KIT-OIL FILT    9.95    9.95    9.95
     1 21513-23001 D GASKET-OIL PLUG     2.76    2.76    2.76
     7 ENGINEOIL SYNTHETIC            5.01    5.01    35.07
PARTS:   47.78   LABOR:    42.17   OTHER:    0.00    TOTAL LINE C:    89.95
oil change
      **********************************************

D KIA MULTI-POINT VEHICLE INSPECTION
    MPI DEFAULT
       9126    IM                            (N/C)
PARTS:   0.00   LABOR:    0.00   OTHER:    0.00    TOTAL LINE D:     0.00
mpi
      **********************************************

E** CUSTOMER REQUESTS REPLACE ENGINE AIR FILTER

**SERVICE DEPARTMENT HOURS**

7:00 a.m. - 7:00 p.m. Mon. - Fri.

7:00 a.m. - 3:00 p.m. SAT.

**THANK YOU**

**WYATT JOHNSON**

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT |  |
| PARTS AMOUNT |  |
| GAS, OIL, LUBE |  |
| SUBLET AMOUNT |  |
| MISC. CHARGES |  |
| TOTAL CHARGES |  |
| LESS INSURANCE |  |
| SALES TAX |  |
| **PLEASE PAY THIS AMOUNT** |  |

customer signature

STATEMENT OF DISCLAIMER: The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items. Copyright 2014 CDK Global, LLC - SERVICE INVOICE TYPE 3 - SDC - SDC/SV0

CUSTOMER COPY

CUSTOMER #: 332931        868895     

*INVOICE*

CHRISTINA JOY
504 WINGFIELD CT
CLARKSVILLE, TN 37043
HOME:602-320-9224 CONT:602-320-9224
BUS:      CELL:931-998-1242

2283 Trenton Road
2285 Trenton Road · Clarksville, TN 37040
(931) 552-1111
www.wyattjohnson.com

PAGE 2

SERVICE ADVISOR: 9254 MATTHEW J SAGASTIZAD

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
|  | 21 | KIA TELLURIDE | 5XYP34HC4MG183446 |  | 27772/27772 | T3839 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|-----------|----------|--------|------|---------|-----------|
| 28AUG21 DD |  |  | WAIT 24JAN23 |  | 0.00 | CC | 24JAN23 |

| R.O. OPENED | READY | OPTIONS: |
|-------------|-------|----------|
| 09:12 24JAN23 | 10:48 24JAN23 |  |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| AIR CUSTOMER REQUESTS REPLACE ENGINE AIR FILTER |  |  |  |
|      9126     C |  | 10.00 | 10.00 |
|    1 28113-A9100 FILTER-AIR CLEANER | 29.95 | 29.95 | 29.95 |

PARTS:   29.95   LABOR:     10.00   OTHER:     0.00   TOTAL LINE E:     39.95
replace air filter
*****************************************************
CUSTOMER PAY SHOP CHARGE FOR REPAIR ORDER                5.60
#3839 CREATED 2023-01-06     THANK YOU FOR CHOOSING WYATT JOHNSON KIA FOR
02:40:08PM TAKEN BY I'D LIKE    YOUR VEHICLE SERVICE NEEDS. IF YOU RECEIVE
TO DO THE ALIGNMENT SERVICE AS   ONE OF OUR MANUFACTURER SURVEYS,PLEASE GIVE
PART OF THE PACKAGE I HAD GOT    US A FEW MOMENTS OF YOUR TIME BY FILLING IT
TOO BUT IT DID NOT SHOW THAT     OUT COMPLETELY.
AS AN OPTION                       931-552-1111
                          FOR YOUR NEXT APPT. GO TO WYATTJOHNSONKIA.COM

SERVICE DEPARTMENT HOURS

7:00 a.m. - 7:00 p.m. Mon. - Fri.

7:00 a.m. - 3:00 p.m. SAT.

THANK
YOU



| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 52.17 |
| PARTS AMOUNT | 77.73 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 5.60 |
| TOTAL CHARGES | 135.50 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 12.86 |
| PLEASE PAY THIS AMOUNT | 148.36 |

customer signature

STATEMENT OF DISCLAIMER: The factory warranty constitutes all of the warranties with respect to the sale of this item/Items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/Items.
Copyright 2014

CUSTOMER COPY

CUSTOMER #: 332931                  868895C    

INVOICE

CHRISTINA JOY                                          2283 Trenton Road
504 WINGFIELD CT                              2285 Trenton Road · Clarksville, TN 37040
CLARKSVILLE, TN 37043              PAGE 1              (931) 552-1111
HOME:602-320-9224  CONT:602-320-9224              www.wyattjohnson.com
BUS:            CELL:931-998-1242    SERVICE ADVISOR: 9254 MATTHEW J SAGASTIZAD

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
|  | 21 | KIA TELLURIDE | 5XYP34HC4MG183446 |  | 27772/27772 | T3839 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG21 DD |  |  | WAIT 24JAN23 |  | 0.00 | CC | 24JAN23 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 09:12 24JAN23 | 17:49 24JAN23 |  |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A FULL SYNTHETIC OIL CHANGE
    SYNTHETIC DEFAULT
        9126      C                                    42.17    42.17
    1 26320-3CKB0 SERVICE KIT-OIL FILT      9.95     9.95     9.95
    1 21513-23001 D GASKET-OIL PLUG          2.76     2.76     2.76
    7 ENGINEOIL SYNTHETIC                    5.01     5.01    35.07
PARTS:   47.78  LABOR:    42.17  OTHER:    0.00   TOTAL LINE A:   89.95
 oil change
        ****************************************************
B KIA MULTI-POINT VEHICLE INSPECTION
    MPI DEFAULT
        9126      IM                                          (N/C)
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE B:   0.00
 mpi
        ****************************************************
C** CUSTOMER REQUESTS REPLACE ENGINE AIR FILTER
    AIR CUSTOMER REQUESTS REPLACE ENGINE AIR FILTER
        9126      C                                   10.00    10.00
    1 28113-A9100 FILTER-AIR CLEANER        29.95    29.95    29.95
PARTS:   29.95  LABOR:   10.00  OTHER:    0.00   TOTAL LINE C:   39.95
 replace air filter
        ****************************************************
CUSTOMER PAY SHOP CHARGE FOR REPAIR ORDER                      5.60
#3839 CREATED 2023-01-06          THANK YOU FOR CHOOSING WYATT JOHNSON KIA FOR
02:40:08PM TAKEN BY I'D LIKE      YOUR VEHICLE SERVICE NEEDS. IF YOU RECEIVE
TO DO THE ALIGNMENT SERVICE AS    ONE OF OUR MANUFACTURER SURVEYS,PLEASE GIVE
PART OF THE PACKAGE I HAD GOT     US A FEW MOMENTS OF YOUR TIME BY FILLING IT
TOO BUT IT DID NOT SHOW THAT      OUT COMPLETELY.
AS AN OPTION                               931-552-1111
                                  FOR YOUR NEXT APPT. GO TO WYATTJOHNSONKIA.COM

---

**SERVICE DEPARTMENT HOURS**

7:00 a.m. - 7:00 p.m. Mon.- Fri.

7:00 a.m. - 3:00 p.m. SAT.

**THANK YOU**



| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 52.17 |
| PARTS AMOUNT | 77.73 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 5.60 |
| TOTAL CHARGES | 135.50 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 12.86 |
| PLEASE PAY THIS AMOUNT | 148.36 |

customer signature

STATEMENT OF DISCLAIMER: The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.
Copyright 2014 CDK Global, LLC. SERVICE INVOICES (KA 1 8D 1 8G.DSC)

CUSTOMER COPY

CUSTOMER #: 332931                    862557      

*INVOICE*

CHRISTINA JOY                                              2283 Trenton Road
504 WINGFIELD CT                                   2285 Trenton Road · Clarksville, TN 37040
CLARKSVILLE, TN 37043              PAGE 1                (931) 552-1111
HOME:602-320-9224 CONT:602-320-9224                     www.wyattjohnson.com
BUS:              CELL:602-320-9224    SERVICE ADVISOR: 6976 TABITHA LEWIS

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|-----------|-----|---------|------------------|-----|
|  | 21 | KIA TELLURIDE | 5XYP34HC4MG183446 | 20730 | 20730/20731 | T2415 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO.NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|-----------|----------|--------|------|---------|-----------|
| 28AUG21 DD |  |  | WAIT 08JUL22 |  | 0.00 | CC | 08JUL22 |

| R.O. OPENED | READY | OPTIONS: |
|-------------|-------|----------|
| 15:28 08JUL22 | 16:57 08JUL22 |  |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|------------------------------|------|-----|-------|

A EXTRA CARE FULL-SYNTHETIC PREPAID MAINTENANCE PLAN REDEMPTION-
      INCLUDES FULL SYNTHETIC OIL CHANGE AND TIRE ROTATION
CAUSE: EXTRA CARE FULL-SYNTHETIC PREPAID MAINTENANCE PLAN REDEMPTION
      EXCFSR EXTRA CARE FULL-SYNTHETIC PREPAID
          MAINTENANCE PLAN REDEMPTION- INCLUDES FULL
          SYNTHETIC OIL CHANGE AND TIRE ROTATION
          8197    I                                              (N/C)
      7 ENGINEOIL SYNTHETIC                                      (N/C)
      1 21513-23001 D GASKET-OIL PLUG                            (N/C)
      1 26320-3CKB0 SERVICE KIT-OIL FILT                         (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE A:    0.00
  Performed extra care
              ****************************************************
B ALIGNMENT 4 LIFE REDEMPTION
      A4LR ALIGNMENT 4 LIFE REDEMPTION
          8197    I                                              (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE B:    0.00
  Performed alignment
              ****************************************************
C KIA MULTI-POINT VEHICLE INSPECTION
    MPI DEFAULT
          8197    IM                                             (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE C:    0.00
  MPI
              ****************************************************
    #2415 WAIT CREATED 2022-06-30    THANK YOU FOR CHOOSING WYATT JOHNSON KIA FOR
    03:20:51PM TAKEN BY             YOUR VEHICLE SERVICE NEEDS. IF YOU RECEIVE
                                    ONE OF OUR MANUFACTURER SURVEYS,PLEASE GIVE
                                    US A FEW MOMENTS OF YOUR TIME BY FILLING IT
                                    OUT COMPLETELY.
                                        931-552-1111
                                    FOR YOUR NEXT APPT. GO TO WYATTJOHNSONKIA.COM

---

**SERVICE DEPARTMENT HOURS**        

7:00 a.m. - 7:00 p.m. Mon. - Fri.

7:00 a.m. - 3:00 p.m. SAT.

**THANK
YOU**

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

customer signature

STATEMENT OF DISCLAIMER: The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied,
including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this
item/items.
Copyright 2014 COMPUTERIZED VEHICLE REGISTRATION · DM 10/2016

**CUSTOMER COPY**

CUSTOMER #: 332931          856648   

*INVOICE*

CHRISTINA JOY

TN                                          2283 Trenton Road
                                            2285 Trenton Road · Clarksville, TN 37040
HOME:602-320-9224  CONT:602-320-9224        PAGE 1        (931) 552-1111
BUS:               CELL:602-320-9224        www.wyattjohnson.com
                                            SERVICE ADVISOR: 6645 HALBERT SANDOVAL

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 21 | KIA TELLURIDE | 5XYP34HC4MG183446 |  | 14400/14401 | TTEL |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG21 DD |  |  | WAIT 18JAN22 |  | 0.00 | CASH | 18JAN22 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 15:30 18JAN22 | 16:40 18JAN22 |  |

```
LINE OPCODE TECH TYPE HOURS                      LIST      NET      TOTAL
A EXTRA CARE FULL-SYNTHETIC PREPAID MAINTENANCE PLAN REDEMPTION-
    INCLUDES FULL SYNTHETIC OIL CHANGE AND TIRE ROTATION
CAUSE: EXTRA CARE FULL-SYNTHETIC PREPAID MAINTENANCE PLAN REDEMPTION
    EXCFSR EXTRA CARE FULL-SYNTHETIC PREPAID
    MAINTENANCE PLAN REDEMPTION- INCLUDES FULL
    SYNTHETIC OIL CHANGE AND TIRE ROTATION
    8082    I                                                    (N/C)
    1 26320-3CKB0 SERVICE KIT-OIL FILT                           (N/C)
    1 21513-23001 D GASKET-OIL PLUG                              (N/C)
    7 UM050-CH035 MOBIL SYN 5W30 SN                              (N/C)
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE A:    0.00
draine doil, replaced filter and washer filled with 6.9qt of 5W30
    *********************************************************
B MULTI POINT INSPECTION
    MPI MULTI POINT INSPECTION
    8082    IM                                                   (N/C)
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE B:    0.00
 Mpi completed
    *********************************************************
C** LIFETIME ALIGNMENT FOR ORIGINAL OWNER OF ALIGNMENT PURCHASE. / NOT
    TRANSFERABLE.
    ALIGN4LIFE LIFETIME ALIGNMENT FOR ORIGINAL OWNER
    OF ALIGNMENT PURCHASE. / NOT TRANSFERABLE.
    8082    C                                          199.95   199.95
PARTS:   0.00  LABOR:  199.95  OTHER:    0.00  TOTAL LINE C:  199.95
performed alighnment to vehicle spec
    *********************************************************
CUSTOMER PAY SHOP CHARGE FOR REPAIR ORDER                       21.46
```

**SERVICE DEPARTMENT HOURS**

7:00 a.m. - 5:00 p.m. Mon. - Fri.

8:00 a.m. - 3:00 p.m. SAT.

**THANK YOU**



| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT |  |
| PARTS AMOUNT |  |
| GAS, OIL, LUBE |  |
| SUBLET AMOUNT |  |
| MISC. CHARGES |  |
| TOTAL CHARGES |  |
| LESS INSURANCE |  |
| SALES TAX |  |
| PLEASE PAY THIS AMOUNT |  |

customer signature

STATEMENT OF DISCLAIMER: The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.
Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 1 - 6547 (4N09V8)

CUSTOMER COPY

CUSTOMER #: 332931     856648   

*INVOICE*

CHRISTINA JOY

TN              PAGE 2
HOME:602-320-9224 CONT:602-320-9224
BUS:         CELL:602-320-9224

2283 Trenton Road
2285 Trenton Road · Clarksville, TN 37040
(931) 552-1111
www.wyattjohnson.com
SERVICE ADVISOR: 6645 HALBERT SANDOVAL

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 21 | KIA TELLURIDE | 5XYP34HC4MG183446 |  | 14400/14401 | TTEL |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG21 DD |  |  | WAIT 18JAN22 |  | 0.00 | CASH | 18JAN22 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 15:30 18JAN22 | 16:40 18JAN22 |  |

| LINE | OPCODE | TECH | TYPE | HOURS |  |  | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|

#TEL WAIT CREATED 2022-01-03    THANK YOU FOR CHOOSING WYATT JOHNSON KIA FOR
01:20:24PM TAKEN B Y         YOUR VEHICLE SERVICE NEEDS. IF YOU RECEIVE
                         ONE OF OUR MANUFACTURER SURVEYS,PLEASE GIVE
                         US A FEW MOMENTS OF YOUR TIME BY FILLING IT
                         OUT COMPLETELY.
                              931-552-1111
                         FOR YOUR NEXT APPT. GO TO WYATTJOHNSONKIA.COM

**SERVICE DEPARTMENT HOURS**

7:00 a.m. - 5:00 p.m. Mon. - Fri.

8:00 a.m. - 3:00 p.m. SAT.

**THANK YOU**



customer signature

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 199.95 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 21.46 |
| TOTAL CHARGES | 221.41 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 21.04 |
| PLEASE PAY THIS AMOUNT | 242.45 |

STATEMENT OF DISCLAIMER: The factory warranty constitues all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.
Copyright 20..........

CUSTOMER #: 332931        852261     **KIA**   

*INVOICE*

CHRISTINA JOY

TN                                                        2283 Trenton Road
                                                PAGE 1    2285 Trenton Road · Clarksville, TN 37040
HOME:602-320-9224 CONT:602-320-9224                       (931) 552-1111
BUS:              CELL:602-320-9224                       www.wyattjohnson.com
                                     SERVICE ADVISOR: 8010 ALISHA KAHLER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|-----------|-----|---------|----------------|-----|
|       | 21   | KIA TELLURIDE | 5XYP34HC4MG183446 | | 8130/8130 | T3598 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|-----------|----------|--------|------|---------|-----------|
| 28AUG21 DD | | | 15:00 28AUG21 | | 0.00 | CASH | 28AUG21 |

| R.O. OPENED | READY | OPTIONS: |
|-------------|-------|----------|
| 12:02 28AUG21 | 13:24 28AUG21 | |

| LINE OPCODE TECH TYPE HOURS | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|

A EXTRA CARE FULL-SYNTHETIC PREPAID MAINTENANCE PLAN- INCLUDES FULL
    SYNTHETIC OIL CHANGE AND TIRE ROTATION
CAUSE: EXTRA CARE FULL-SYNTHETIC PREPAID MAINTENANCE PLAN
    EXCFS EXTRA CARE FULL-SYNTHETIC PREPAID
        MAINTENANCE PLAN- INCLUDES FULL SYNTHETIC
        OIL CHANGE AND TIRE ROTATION
            8000 CPPM                                 179.00    179.00
PARTS:      0.00 LABOR:     179.00 OTHER:     0.00  TOTAL LINE A:    179.00
 performed extra care
            ****************************************************
B EXTRA CARE FULL-SYNTHETIC PREPAID MAINTENANCE PLAN REDEMPTION-
    INCLUDES FULL SYNTHETIC OIL CHANGE AND TIRE ROTATION
CAUSE: EXTRA CARE FULL-SYNTHETIC PREPAID MAINTENANCE PLAN REDEMPTION
    EXCFSR EXTRA CARE FULL-SYNTHETIC PREPAID
        MAINTENANCE PLAN REDEMPTION- INCLUDES FULL
        SYNTHETIC OIL CHANGE AND TIRE ROTATION
            8000    I                                              (N/C)
        1 26320-3CKB0 SERVICE KIT-OIL FILT                         (N/C)
        1 21513-23001 D GASKET-OIL PLUG                            (N/C)
        7 UM050-CH035 MOBIL SYN 5W30 SN                            (N/C)
PARTS:      0.00 LABOR:       0.00 OTHER:     0.00  TOTAL LINE B:     0.00
            ****************************************************
C MULTI POINT INSPECTION
    MPI MULTI POINT INSPECTION
            8000    IM.                                            (N/C)
PARTS:      0.00 LABOR:       0.00 OTHER:     0.00  TOTAL LINE C:     0.00
 performed MPI
            ****************************************************

---

**SERVICE DEPARTMENT HOURS**

7:00 a.m. - 5:00 p.m. Mon. - Fri.

8:00 a.m. - 3:00 p.m. SAT.

**THANK
YOU**



| DESCRIPTION | | TOTALS |
|-------------|---|--------|
| LABOR AMOUNT | | |
| PARTS AMOUNT | | |
| GAS, OIL, LUBE | | |
| SUBLET AMOUNT | | |
| MISC. CHARGES | | |
| TOTAL CHARGES | | |
| LESS INSURANCE | | |
| SALES TAX | | |
| PLEASE PAY THIS AMOUNT | | |

customer signature

STATEMENT OF DISCLAIMER: The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.
Copyright 2014 CDK GLOBAL, LLC  BDWER INVOICE TYPE 1 4212  LANDING

CUSTOMER COPY

CUSTOMER #: 332931

852261 



*INVOICE*

CHRISTINA JOY

2283 Trenton Road
TN                                              PAGE 2        2285 Trenton Road · Clarksville, TN 37040
HOME:602-320-9224  CONT:602-320-9224                         (931) 552-1111
BUS:                CELL:602-320-9224        SERVICE ADVISOR: 8010 ALISHA KAHLER
                                                             www.wyattjohnson.com

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN /OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
|       | 21   | KIA TELLURIDE | 5XYP34HC4MG183446 | | 8130/8130 | T3598 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 28AUG21 DD | | | 15:00 28AUG21 | | 0.00 | CASH | 28AUG21 |

| R.O. OPENED | READY | OPTIONS: |
|-------------|-------|----------|
| 12:02 28AUG21 | 13:24 28AUG21 | |

| LINE | OPCODE | TECH | TYPE | HOURS | LIST | NET | TOTAL |
|------|--------|------|------|-------|------|-----|-------|

#3598 CREATED 2021-08-24     THANK YOU FOR CHOOSING WYATT JOHNSON KIA FOR
04:53:06PM TAKEN BY          YOUR VEHICLE SERVICE NEEDS. IF YOU RECEIVE
                             ONE OF OUR MANUFACTURER SURVEYS, PLEASE GIVE
                             US A FEW MOMENTS OF YOUR TIME BY FILLING IT
                             OUT COMPLETELY.
                                        931-552-1111
                             FOR YOUR NEXT APPT. GO TO WYATTJOHNSONKIA.COM

---

SERVICE DEPARTMENT HOURS

7:00 a.m. - 5:00 p.m. Mon. - Fri.

8:00 a.m. - 3:00 p.m. SAT.

**THANK YOU**



| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 179.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 179.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 17.01 |
| PLEASE PAY THIS AMOUNT | 196.01 |

customer signature

STATEMENT OF DISCLAIMER: The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.
Copyright 2014 ADP Dealer Services, Inc. All rights reserved.

CUSTOMER COPY

CUSTOMER #: 332931

904751 





- *INVOICE* -

CHRISTINA JOY
504 WINGFIELD CT
CLARKSVILLE, TN 37043
HOME:602-320-9224  CONT:602-320-9224
BUS:            CELL:931-998-1242

PAGE 1

2283 Trenton Road
2285 Trenton Road · Clarksville, TN 37040
(931) 552-1111
www.wyattjohnson.com

SERVICE ADVISOR:  6976 TABITHA LEWIS

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 21 | KIA TELLURIDE | 5XYP34HC4MG183446 |  | 39405/39422 | T1224 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | P.O.NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 28AUG21 DD |  |  | 18:00 27NOV23 |  | 169.95 | CC | 05DEC23 |

| R.O. OPENED | READY | OPTIONS: | ENG:3.8_LITER_DOHC TRN:8_SPEED_AUTOMATIC |
|---|---|---|---|
| 10:56 27NOV23 | 14:06 05DEC23 |  |  |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A C/S: VEHICLE ONLY BLOWS HOT AIR THRU VENTS WHILE DRIVING, WHENEVER
      IDLING IT WILL BLOW COLD AIR, TYPICALLY HAPPENS WHENEVER IT IS
      COLD OUTSIDE. PLEASE CHECK AND ADVISE
  24 HEATER/AIR COND
      7219      W                                                    (N/C)
    LCR RENTAL CAR                                                    (N/C)
    1 21355-3C530 20-240-0002 GASKET-WATER PUMP,LH                    (N/C)
    1 21355-3C550 GASKET-WATER PUMP,RH                                (N/C)
    1 25100-3CAC0 PUMP ASSY-COOLANT                                   (N/C)
    1 25330-B1000 CAP ASSY-RADIATOR                                   (N/C)
PARTS:   0.00  LABOR:   0.00  OTHER:   0.00  TOTAL LINE A:   0.00

verified customer concern. tested temps of heater hoses and found
top hose much cooler than bottom. back flushed cooling system and
retested. bled system of air. vehicle is still producing air. system
stilll same issue of no heat at idle. opened tech case 15373280. case
was escalated to field tech. worked with tech over phone. removed water
pump and found cavitated rotors. also pressure tested radiator cap and
found it did not hold past about 7 psi. installed new water pump and
radiator cap. filled system and bled of air and retested. found vent
temps at idle around 140 degrees.
heater working as designed at this time. no further action required
at this time.
*****************************************************

B KIA MULTI-POINT VEHICLE INSPECTION
    MPI DEFAULT
      7219      IM                                                   (N/C)
PARTS:   0.00  LABOR:   0.00  OTHER:   0.00  TOTAL LINE B:   0.00
performed mpi. no recs at this time.
*****************************************************

#T1224 CREATED 2023-11-27
10:48:36AM TAKEN BY TA BITHA
LEWIS

| **SERVICE DEPARTMENT HOURS** |  | DESCRIPTION | TOTALS |
|---|---|---|---|
| 7:00 a.m. - 7:00 p.m. Mon. - Fri. | | LABOR AMOUNT | 0.00 |
| 7:00 a.m. - 3:00 p.m. SAT. | | PARTS AMOUNT | 0.00 |
| | | GAS, OIL, LUBE | 0.00 |
| **THANK** | | SUBLET AMOUNT | 0.00 |
| **YOU** | | MISC. CHARGES | 0.00 |
| | | TOTAL CHARGES | 0.00 |
| | | LESS INSURANCE | 0.00 |
| | | SALES TAX | 0.00 |
| | | PLEASE PAY THIS AMOUNT | 0.00 |

customer signature

STATEMENT OF DISCLAIMER: The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.
Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - SVC - IMAGING

CUSTOMER COPY